1  Jon M. Leader (SBN 147059)
   **LEADER COUNSEL**
2  jleader@llaw.la
   1990 S. Bundy Dr., Suite 390
3  Los Angeles, California 90025
   Telephone: (310) 696-3300
4
   Attorneys for Plaintiff Federal
5  Deposit Insurance Corporation as
   Receiver for Home Savings of America
6

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for HOME SAVINGS OF AMERICA, a federal savings and loan association,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL FORD, an individual; WHOLESALE MORTGAGE LENDERS, INC., a dissolved California Corporation, LAN TRAN, an individual; KEN J. PITTMAN, an individual; SPENCER SMITH, an individual; MARK BERCHEM, an individual; DAVID CASPILLO, an individual; JON KAPLAN, an individual; RANDALL FARR, an individual; JIM KASPARI, an individual and DOES 9 through 20 inclusive,<br>                    Defendants. | Case No:   C12-03032 RS<br><br>**STIPULATION OF DISMISSAL and** [proposed] **ORDER** |

   Plaintiff FDIC as Receiver for Home Savings of America and defendants Lan Tran, Ken J. Pittman, Spencer Smith, and David Caspillo hereby stipulate and agree, through their respective counsel of record, that:

---
**STIPULATION OF DISMISSAL**

1

(1) This action shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); and

(2) Each party shall bear his, her, or its own attorney's fees and costs.

DATED: October __, 2012     LEADER COUNSEL

_____
Jon M. Leader
Attorneys for Plaintiff FDIC as Receiver
for Home Savings of America

DATED: October 17, 2012     CROWLEY & BRERETON

_____
Brad C. Brereton
Attorneys for Defendants Lan Tran, Ken J.
Pittman, Spencer Smith, and David Caspillo

## ORDER

This Stipulation of Dismissal is hereby adopted by the Court and the matter dismissed per the Stipulation.

Dated: 10/17/12 _____
U.S. District Court Judge

2
STIPULATION OF DISMISSAL